IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

__William Shane Cowart__
Name under which you were convicted

__66860__
Your prison number

vs.

CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

__Ryan Robinson of the BMPD__
Name of Defendant(s)

__Baldwin County Correction Center 200 Hand Ave Bay Minette Ala. 36507__
Place of Confinement and Address

FILED FEB 4 '04 PM 2:36 USDCAL

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D. **Defendants**. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. **Pleading the Complaint**. Your complaint should **not** contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a **short** and **plain** statement of your claim and shall provide fair notice **to each defendant** of the claim against that defendant and of the factual grounds upon which the claim rests.

F. **Fees**. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. **Form of Pleadings**. All pleadings and other papers filed **must** be on 8 1/2" x 11" paper, **legibly** handwritten or typewritten. Every document filed after the complaint must have the style of the case and the **docket number**. Every pleading must be signed by you and must contain your address and telephone number, if any;

otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes ( )   No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

  Plaintiffs: _____

_____

  Defendants: _____

_____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes ( )   No ( )

*See attached pages 1-3*

### III. PARTIES.

A. **Plaintiff** (Your name/AIS): William Shane Cowart
   Your present address: 200 Hand Ave. Bay Minette Ala. 36507

B. **Defendant(s):**

1. Defendant (full name) Ryan Robinson is employed as a patrolman at BayMinette Police Department

Page 1.

On the night of October 21, 2003, I was at Gas-N-Go on D'olive Street in BayMinette. I was accused of trying to cash a bad check. I was not able to cash the check, and the cashier called the BayMinette City police. As I was walking out of the gas station, two patrol cars pulled in with blue lights on. I freaked out and took off running. Officer Ryan Robinson, of the BayMinette police department began to chase me on foot. He caught me by my shirt and slammed me into a wooden fence. I fell to the ground and imediately began to scream out loud that he had broke my leg. He then jumped on top of me, and started pushing my face in the dirt. He then told me that he would teach me to run you little white "mother ######." I was screaming for him to please get off of me, because he was hurting my leg very bad. I was laying on my stomach with the officers knees in my back. He jerked my hands behind my back, and put handcuffs on me. I was still screaming for help, because my bones in my leg was popping everytime he moved me. He then rolled me over on my back and began to search my pockets. I was screaming in pain, and begging the officer to please stop moving my leg, because everytime he moved my leg, I could feel my leg breaking in more places. By this time the other officers arrived at the scene where I was laying. They heard me screaming that my leg is brake, and it keeps breaking more everytime you move me. They called the ambulance and they arrived at the scene quickly.

Page 2

They began to take my vital signs and stabilize my leg. They put me on the stretcher and put me in the ambulance. I was handcuffed the whole time all of this was happening. There were two witnesses standing in the yard where this incident took place. They are willing to testify in court on my behalf. As I was put in the ambulance, and transported to North Baldwin Hospital, the Bay Minett police officers followed behind. I was rushed inside the emergency room where they took several X-rays. They realized that my leg was broke in four places. The Doctor told the police officers that I had to be transported to U.S.A. Medical Center, to have emergency surgery. At this time officer Burt Vernon took the handcuffs off of me and told me that they were going to release until my leg healed up. In other words they did not want to be responsible for my medical bills, and surgery. I was then transported by ambulance to U.S.A. Medical Center, where they performed emergency surgery on my leg. I explained to the orthopedic doctor what happened, and he told me, and my family that there was no way I could have broke my leg in four places just by hitting a fence. He said that there had to be excessive force used on me, and that someone had to have moved me after my leg was broken. The doctor had to put an 18" inch steel rod and screws in my leg to repair it. I stayed in the hospital for several days. Officer Donnie Payne and Officer Clarence Crook of the Bay Minette police department

Page 3

came to the hospital to question me about the checks. The doctor told them that I was being released that day. They wanted to arrest me then but my mother talked them into giving me a couple of weeks to heal up. On December the 2nd, 2003, Donnie Payne, Clarence Crook, and Tom Quinley came to my girlfriend's house and arrested me. They arrested me on two counts of forged instruments, and possesion of Paraphernalia. The same charges that they arrested, and released me on the night of the incedent. The Bay Minette police departmn did not want to be responsible for my hospital bills, but they are responsible for breaking my leg and causing me alot of pain and suffering. I have two eye witnesses that are willing to testify. I have pictures of the bruises all over my back caused by the officers knees. I have pictures of my leg when it was black, and blue and had fourty five staples from my knee to my hip. I am now being held in the Baldwin County jail. I was givin a bond by judge Carmen Bosch, and Officer Donnie Payne took it upon his self to go to Judge Pardon and have my bond revoked for no reason. I am still having alot of problems with my leg. I can't walk without crutches, and I am not getting the medical attention that I need. I am being denied medical attention.

Sincerely,
William Shane Cowart
William Shane Cowart

C.  Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV.  A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Two counts of possesion of forged instruments, Possesion of Paraphernalia

2. When were you convicted? Court date pending

3. What is the term of your sentence? pending

4. When did you start serving this sentence? arrested Dec. 2, 2003

5. Do you have any other convictions which form the basis of a future sentence?   Yes ( X )    No (  )
If so, complete the following:

(a) Date of conviction: On Bond

(b) Term of sentence: pending

6. What is your expected end of sentence (E.O.S.) date? NA

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |
| Writ of habeas corpus granted | yes( ) no(✓) | yes( ) no(✓) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date:

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): One Million dollars, and officer fired

7

His/her present address is BayMinette City P.D. P.O.Box 1208 Al. 1208 BayMinette Al. 36507

(a) Claim against this defendant: Police Brutality, and Pain and Suffering.

(b) Supporting facts (Include date/location of incident): Oct. 21, 2003 at Gas-N-Go on D'olive St. in BayMinette Al. Officer broke my leg in four places and continued to use excessive force, as I begged him to stop.

2. Defendant (full name) _____ is employed as _____ at _____.

His/her present address is _____.

(a) Claim against this defendant: _____

_____.

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

3. Defendant (full name) _____ is employed as _____ at _____.

His/her present address is _____.

(a) Claim against this defendant: _____

_____.

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

6

5. Name of judge to whom the case was assigned: _____

_____

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: _____

_____

_____

_____

7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: _Gas station on D'olive St. BayMinette Al. 36507_

B. Date it occurred: _October 21, 2003_

C. Is there a prisoner grievance procedure in this institution? _No_

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No (X)

E. If your answer is YES:

   1. What steps did you take? _____

   _____

   2. What was the result? _____

   _____

F. If your answer is NO, explain why not: _This is a civil lawsuit_

_____

G. Your claim (**briefly** explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): _____

4

*all Medical bills, and legal fees paid.*

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

01-28-04
Date

*William Shane Cowart*
(Signature of Plaintiff Under Penalty of Perjury)

200 Hand Ave Bay Minette Al. 36507
Current Mailing Address

BCIN # 66860

Baldwin County Jail 251937-0361
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

01-28-04   x *William Shane Cowart*

*Sgt Jessie L Bishop*
1-28-04

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 14, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS